UNITED STATES of America, Appellant, v. Robert A. VINES, Appellee.

No. 3180.

Circuit Court of Appeals, Fourth Circuit.

June 22, 1931.

Joseph A. Tolbert, U. S. Atty., of Greenville, S. C., and J. C. Willcox, U. S. Veterans' Bureau, of Columbia, S. C.

Mays & Featherstone, of Greenwood, S. C., for appellee.

PER CURIAM.

Case dismissed under rule 20 per agreement of counsel.

---

WACHOVIA BANK & TRUST COMPANY, Appellant, v. NATIONAL SURETY COMPANY, Appellee.

No. 3206.

Circuit Court of Appeals, Fourth Circuit.

July 9, 1931.

Louis M. Bourne, of Asheville, N. C., for appellant.

J. E. Swain, of Asheville, N. C., for appellee.

PER CURIAM.

Cause docketed and dismissed on motion of appellee.

---

F. W. WALTON v. UNITED STATES of America.

No. 5935.

Circuit Court of Appeals, Sixth Circuit.

May 13, 1931.

Newman Brandon, Jr., of Nashville, Tenn., for appellant.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Docketed and dismissed by court order, pursuant to stipulation of counsel.

---

Luther WEEDIN, as U. S. Commissioner of Immigration at Seattle, Wash., Appellant, v. Arthur Oliver Nicolai AMUNDSEN, Appellee.

No. 6333.

Circuit Court of Appeals, Ninth Circuit.

Sept. 14, 1931.

Anthony Savage, U. S. Atty., and Hamlet P. Dodd, Asst. U. S. Atty., both of Seattle, Wash., for appellant.

Charles P. Moriarty and Stanley J. Padden, both of Seattle, Wash., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and WEBSTER, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered order of District Court reversed, that appellee be permitted to ship from the United States upon steamship to foreign country and disembark in such country, and upon proof of departure the bond to be exonerated; mandate stayed 60 days.